IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE KEVIN VERNON, | No. C 06-03338 CRB |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al. | |
| Defendants. | |

Plaintiff filed a complaint in state court alleging four intentional tort causes of action relating to his arrest in San Francisco on March 5, 2005. Now pending before the Court is defendant City and County of San Francisco's Notice of Removal based on federal question jurisdiction.

A district court may *sua sponte* raise the issue of subject matter jurisdiction. See Galt G/S v. Hapag-Lloyd AG, 60 F.3d 1370, 1373 (9th Cir. 1995). Removal pursuant to 28 U.S.C. section 1441(a), as defendant purports to execute here, is only appropriate if the "complaint contains a cause of action that is within the original jurisdiction" of this court. Toumajian v. Frailey, 135 F.3d 648, 653 (9th Cir. 1998). Defendant's Notice of Removal contends that "[t]he Complaint in said pending action purports to state claims under 42 U.S.C. § 1983 in that it alleges violations of plaintiff's federal civil and constitutional rights." Defs. Notice of Removal at 2. Yet the Court sees no reference to section 1983 nor

1  the U.S. Constitution on the face of the Complaint.  See Not. of Removal, Exh. A.
2  Defendant, therefore, is hereby ORDERED to show cause as to the Court's original subject
3  matter jurisdiction in this matter.  Defendant may demonstrate that the Court has such
4  jurisdiction no later than Friday, June 9, 2006.

**IT IS SO ORDERED.**

Dated: June 2, 2006

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE