**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE KEVIN VERNON,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.<br><br>    Defendants. | No. C 06-03338 CRB<br><br>**ORDER OF REMAND** |

On April 18, 2006, Plaintiff filed a complaint in state court alleging four intentional tort causes of action relating to his arrest in San Francisco on March 5, 2005. Defendant City and County of San Francisco removed the action on May 19, 2006, based on the Court's original federal question jurisdiction. On June 2, 2006, the Court issued an Order to Show Cause as to the Court's original jurisdiction.

On June 9, 2006, defendant responded to the Order to Show Cause with a declaration from counsel explaining that, while plaintiff's original Complaint did not include any federal claims, plaintiff's counsel had represented to her that he would be filing an amended complaint including federal constitutional claims under 42 U.S.C. section 1983 no later than June 16, 2006. Decl. of Monica F. Wiley ¶ 7. While that may indeed be the case, the Court must determine removal jurisdiction at the time the Complaint is filed. See Libhart v. Santa Monica Diary Co., 592 F.2d 1062, 1065 (9th Cir. 1979). If federal question jurisdiction does

1  not exist, the Court cannot entertain an amendment to the Complaint in order to confer
2  jurisdiction.  Id.
3     Here, the Court did not have federal question jurisdiction at the time of removal,
4  thereby rendering a putative amendment irrelevant to a determination fo the Court's federal
5  question jurisdiction. Accordingly, the Court lacks subject matter jurisdiction and this action
6  is hereby REMANDED to state court.
7     **IT IS SO ORDERED.**

10 Dated: June 12, 2006                    CHARLES  R. BREYER
                                           UNITED STATES DISTRICT JUDGE